IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DOMINO,<br><br>     Plaintiff,<br><br>  v.<br><br>SF CHRONICLE,<br><br>     Defendant._____ / | No. C07-02040 MJJ<br><br>**ORDER STRIKING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

Before the Court is Defendant's Motion To Dismiss, filed on April 17, 2007. (Docket No. 6.) On July 18, 2007, before the scheduled hearing on the Motion, Plaintiff filed an Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a). Defendant's Motion, which raises a statute of limitations challenge, addresses allegations in the original Complaint that appear to the Court to have changed material respects in the Amended Complaint. The Court therefore **STRIKES AS MOOT** Defendant's pending Motion and **VACATES** the July 31, 2007 hearing date. Defendant may file a renewed motion to dismiss addressing the allegations of the Amended Complaint if appropriate.

**IT IS SO ORDERED.**

Dated:   7/20/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE