**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY DOMINO, | No. C07-02040 MJJ |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| SF CHRONICLE, | |
| Defendant. | |

This action was originally filed in the San Francisco Superior Court alleging a federal claim for relief under 42 U.S.C. § 2000e et seq. (Title VII) for race and disability discrimination. Defendant timely removed this action to this Court on the basis of federal question jurisdiction under 28 U.S.C. §§ 1331, 1441(b) and 42 U.S.C. § 2000e-5(f)(3). Plaintiff has since dismissed his Title VIII claim and has pleaded, in its place, a single cause of action for disability discrimination under Cal. Gov. Code § 12900 et seq.

In a Joint Case Management Conference Statement filed August 13, 2007, the parties dispute whether this Court should retain jurisdiction over this matter. The Court continues to enjoy jurisdiction over this action because jurisdiction is measured at the time of removal. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343 (1998). However, because his complaint no longer alleges a federal claim, Plaintiff requests that the Court exercise its discretion to remand the case to state court. The Court discussed this issue with the parties at the August 22, 2007 case management conference.

1   Because the federal claim on which this Court's original jurisdiction was based has been
2   dismissed, this Court finds it appropriate to exercise its discretion under 28 U.S.C. **§** 1367(c) to
3   decline to exercise supplemental discretion over Plaintiffs' state law claim for disability
4   discrimination under Cal. Gov. Code § 12900 et seq.   The Court **REMANDS** this matter to San
5   Francisco Superior Court.  The clerk of this Court is **DIRECTED** to send a certified copy of this
6   Order to the clerk of San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: September 7, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE